UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Jose Division

| | |
|---|---|
| ERIC DE LA TORRE,<br><br>        Plaintiffs,<br><br>    v.<br><br>STRYKER EMPLOYMENT COMPANY, LLC,<br><br>        Defendants. | Case No. 26-cv-01735-NW<br><br>**CASE-MANAGEMENT AND PRETRIAL ORDER (JURY)** |

The court reviewed the joint case-management conference statement and issues this case-management and pretrial order. The June 9, 2026 Case Management Conference is vacated.

The parties have not yet reached an agreement regarding an ADR process.  The parties are ordered to meet and confer within 10 days of this Order to elect either private mediation or court-sponsored mediation, either of which must be completed by no later than March 30, 2027.  If the parties cannot reach an agreement, the parties will be referred to court-sponsored mediation.  The parties shall file a stipulation and order selecting ADR process by Friday, June 12, 2026.

//

//

//

//

United States District Court
Northern District of California

**THE FOLLOWING DEADLINES ARE HEREBY ORDERED:**

| Scheduled Event | Date |
|---|---|
| Deadline to Complete ADR:<br>    [ ]  Court-sponsored mediation<br>    [ ] Court-sponsored ENE<br>    [ ] Mag. Judge Settlement Conf.<br>    [ ] Private mediation<br>    [ ] Private arbitration<br>    [ ]  Other: | March 30, 2027 |
| Close of Fact Discovery | February 12, 2027 |
| Opening Expert Reports | March 12, 2027 |
| Rebuttal Expert Reports | April 09, 2027 |
| Close of Expert Discovery | April 30, 2027 |
| Deadline to File Dispositive Motions and *Daubert* Motions | **Motions**: May 21, 2027<br>**Responses**: June 04, 2027<br>**Replies**: June 11, 2027 |
| Status Conference Re: Trial Readiness | June 4, 2027 at 11:00a.m. |
| Hearing on Dispositive and *Daubert* Motions | July 14, 2027 at 9:00 a.m. |
| Deadline to File Joint Pretrial Statement | August 25, 2027 |
| Final Pretrial Conference | September 08, 2027 at 2:00 p.m. |
| Trial | September 27, 2027 at 9:00 a.m. |
| Length of trial | 4 days |

**IT IS SO ORDERED.**

Dated: June 4, 2026

_____

Noël Wise
United States District Judge